## Goodman's Appeal.

OPINION BY MR. JUSTICE KEPHART, July 6, 1931:

For the reasons set forth in the opinion filed at No. 78, March Term, 1931, the decree of the court below is affirmed at the cost of appellant.